G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA  91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com
Attorney for Plaintiff
JIM RODGERS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM RODGERS,<br><br>                    Plaintiff,<br>vs.<br><br><br>COMMERCIAL RECOVERY SYSTEMS, INC., a corporation; and DOES 1 to 10, inclusive,<br><br>                    Defendants. | Case No.: 5:13-cv-00277-TJH-DTB<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to FRCP 41a(1), Plaintiff, JIM RODGERS, by and through his attorneys, hereby voluntarily dismisses the above-entitled case with prejudice.

RESPECTFULLY SUBMITTED,

DATED:          **PRICE LAW GROUP APC**

July 22, 2013         By: /s/ G. Thomas Martin, III
                     G. Thomas Martin, III
                     Attorneys for Plaintiff